**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FRANCESCA LUKIDIS-DOULIGERIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2023 CV 4040 |
| v. | ) | Judge LaShonda A. Hunt |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Francesca Lukidids-Douligeris ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant"), through their respective attorneys, submit this Joint Status Report pursuant to the Court's August 7, 2025, Order (Dkt. No. 97).

The Parties have met and conferred regarding potential mutually agreeable trial dates and the in-person pretrial conference. The first jury trial date the Parties propose is the week of March 30, 2026, through April 3, 2026. If the trial is set for March 30, 2026, the Parties will be available for the in-person final pre-trial conference on March 23, 2026, but Defendant's Counsel will be unavailable the preceding week of March 16, 2026, through March 20, 2026.

The second jury trial date the Parties propose is the week of April 6, 2026, through April 10, 2026. If the trial is set for April 6, 2026, The Parties will be available for the in person final pretrial conference throughout the week of March 23, 2026.

There are currently no disputes that require the court's attention at this time.

*S/Gregory X. Gorman*                                                                                  *Kevin R. McGinn*

Attorney for Plaintiff                                                                                          Attorney for Defendant